UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES  DISTRICT COURT
9          Northern District of California
10                  Oakland Division
11    MICHAEL STEIN,                              No. C 10-03518 LB

12                      Plaintiff(s),             **ORDER DIRECTING PARTIES TO**
                                                  **FILE CONSENT/DECLINATION**
13        v.                                      **FORM**

      ADM CAREERS INC,
14
                       Defendant(s).
15    _____/

16         This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all

17    purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to

18    conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the

19    consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to

20    the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any

21    other judgment of a district court.

22         The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have

23    the right to have their case assigned to a United States District Judge for trial and disposition.

24    Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or

25    request reassignment to a United States District Judge.  Each party shall file either a consent or

26    declination form attached to this Order by November 22, 2010.

27         **IT IS SO ORDERED.**

28    Dated: November 15, 2010                    _____
                                                  LAUREL BEELER
                                                  United States Magistrate Judge

      ORDER (C 10-03518)

1
2
3
4
5
6
7
8

# UNITED STATES  DISTRICT COURT

9

## Northern District of California

10

Oakland Division

11 MICHAEL STEIN,                                   No.  C 10-03518 LB

12            Plaintiff(s),                **CONSENT TO PROCEED BEFORE A**
                                           **UNITED STATES MAGISTRATE JUDGE**
13     v.

14 ADM CAREERS INC,

15            Defendant(s).
   _____/

16

17         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18     In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

19 consents to have a United States Magistrate Judge conduct any and all further proceedings in the

20 case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

21 directly to the United States Court of Appeals for the Ninth Circuit.

22

23 Dated: _____          _____
                                         Signature
24
                                         Counsel for _____
25                                       (Plaintiff, Defendant or indicate "pro se")

26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-03518 LB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

MICHAEL STEIN,                                          No.  C 10-03518 LB

　　　　　　Plaintiff(s),                          **DECLINATION TO PROCEED BEFORE
　　　　　　　　　　　　　　　　　　　A UNITED STATES MAGISTRATE
　　v.                                                       JUDGE AND REQUEST FOR
　　　　　　　　　　　　　　　　　　　REASSIGNMENT TO A UNITED
ADM CAREERS INC,                                  STATES DISTRICT JUDGE**

　　　　　　Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party declines to consent to the assignment of this case to a United States

Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____                    Signature_____

　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

C 10-03518 LB