<div style="float:left">**UNITED STATES DISTRICT COURT**
**For the Northern District of California**</div>

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MICHAEL STEIN, | No. C 10-03518 LB |
| Plaintiff(s), v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ADM CAREERS INC, | |
| Defendant(s). _____/ | |

This matter is set for an initial case management conference on December 2, 2010. *See* ECF No. 3 at 2. The Court **HEREBY CONTINUES** the case management conference to **December 16, 2010, at 1:30 p.m.** in Courtroom 4. All deadlines set forth in the initial scheduling order, including the November 25, 2010 deadline for filing a joint case management conference statement, remain unchanged. *Id*.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03518 (Order Continuing CMC)