1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  MHUTCHINS@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

7  Attorneys for Plaintiff MICHAEL STEIN

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11

| | |
|---|---|
| MICHAEL STEIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ADM CAREERS, INC., A DELAWARE CORPORATION; MICHAEL DUBNOFF, AN INDIVIDUAL; LARRY PETERSON, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: Cv-10-3518 LB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~ ORDER]** |

PLEASE TAKE NOTICE that Plaintiff's counsel respectfully request to appear telephonically for the Initial Case Management Conference currently scheduled for December 16, 2010 at 1:30p.m. before the Honorable Laurel Beeler of the above entitled court.  Counsel for Plaintiff is located in Southern California, and the cost to travel would cause unnecessary expense to Plaintiff.  The direct dial line for plaintiff's counsel is 949-260-9171.

-1-

///

1

2  DATED: November 22, 2010      LAW OFFICES OF MICHAEL TRACY

3      /s/ Megan Ross Hutchins

4      By: _____

5      MEGAN ROSS HUTCHINS, Attorney for Plaintiff MICHAEL STEIN

6

7      **ORDER**

8  IT IS SO ORDERED.

9  DATED: November 22, 2010

10      _____
   HONORABLE LAUREL BEELER

*APPROVED*
*Judge Laurel Beeler*

-2-