```
 1  MICHAEL L. TRACY, ESQ., SBN 237779
    MTRACY@MICHAELTRACYLAW.COM
 2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
    MHUTCHINS@MICHAELTRACYLAW.COM
 3  LAW OFFICES OF MICHAEL TRACY
 4  2030 Main Street, Suite 1300
    Irvine, CA  92614
 5  T: (949) 260-9171
 6  F: (866) 365-3051

 7  Attorneys for Plaintiff MICHAEL STEIN
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MICHAEL STEIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ADM CAREERS, INC., A DELAWARE CORPORATION; MICHAEL DUBNOFF, AN INDIVIDUAL; LARRY PETERSON, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV10-3518-LB<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Complaint filed: August 11, 2010<br>Trial Date:  None |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: February 2, 2011       By: _____
                               UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* (signed: Judge Laurel Beeler)

-1-